

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00285-CV

| | | |
|---|---|---|
| IN THE INTEREST OF C.E., A CHILD | § | On Appeal from the 355th District Court |
| | § | of Hood County (P2021009) |
| | § | April 24, 2025 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment of termination is reversed and the case is remanded to the trial court for a new trial to determine whether termination of Mother's parental rights is in the child's best interest and, if Mother's rights are not terminated, to decide whether to appoint Mother as managing or possessory conservator. The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal.

It is further ordered that Appellee Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach